IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| USA MILLENNIUM, LP | § | CASE NO. 24-10266 |
| | § | |
| DEBTOR | § | CHAPTER 7 |

**<u>COMMENT BY CHAPTER 7 TRUSTEE TO
USA MILLENNIUM, LP MOTION TO CONFIRM DEBTOR'S
AUTHORITY TO FILE BANKRUPTCY</u>**

Comes now, Stephen J. Zayler, as the Chapter 7 Trustee ("Trustee") and files Comment

to USA Millennium LP Motion to Confirm Debtor's Authority to File Bankruptcy, and shows

the Court as follows:

1. The Chapter 7 Trustee, Stephen J. Zayler, takes no position on this motion.

2.. The Trustee held and concluded the 341a meeting. Subsequently, the Trustee

determined that recovery of any assets by the Estate would be speculative, time-

consuming, lengthy, and expensive. The Report of No Distribution was filed

September 4, 2024.

Respectfully submitted,

 /s/  Stephen J. Zayler
Stephen J. Zayler
Attorney for Debtor
SBN 22251800
P.O. Box 150743
Lufkin, TX 75915-0743
Phone: (936)634-1020
Fax: (936)634-1050
Email: zayler@suddenlinkmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of September, 2024, a true and correct copy of the foregoing instrument was served on the attached matrix by electronic filing and/or depositing the same in the U. S. Mail.

/s/  Stephen J. Zayler<br>
Stephen J. Zayler

See Attached Matrix