Label Matrix for local noticing
0540-1
Case 24-10266
Eastern District of Texas
Beaumont
Thu Sep 26 11:13:20 CDT 2024

Jeannie Lee Andresen
Linebarger Goggan Blair & Sampson LLP
PO BOX 3064
Houston, TX 77253-3064

Anson Distributing, LLC
c/o Christopher 'Kit' Ashby
808 Travis Street, Ste. 401
Houston, TX 77002-5796

Attorney General
Taxation Division - Bankruptcy
Box 12548 - Capitol Station
Austin, TX 78711-2548

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson County
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie L. Andresen
PO Box 3064
Houston, TX 77253-3064

Jefferson County
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

Jefferson County TAC
P. O. Box 2112
Beaumont, TX 77704-2112

M.T. Javed Ventures, LLC
2710 S. 11th Street
Beaumont, TX 77701-7601

Frank J. Maida
Maida Law Firm, PC
4320 Calder Avenue
Beaumont, TX 77706-4631

Sandra D. Sorrell
5036 Champions Drive
Lufkin, TX 75901-7346

State Comptroller of Texas
c/o Office of the Attorney General
P. O. Box 12548
Austin, TX  78711-2548

Texas Workforce Commission
TWC Building - Tax Dept.
Austin, TX 78778-0001

U. S. Trustee's Office
300 Plaza Tower
110 N. College Avenue
Tyler, Texas 75702-7226
Attn: Timothy W. O'Neal

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

USA Millennium, LP
3675 Roberts
Beaumont, TX 77701-7608

(p)UNITED STATES ATTORNEY'S OFFICE
Attn: Michael W. Lockhart
500 Fannin St, Suite 1250
Beaumont, TX 77701-3101

Stephen J. Zayler
123 E. Lufkin Avenue
PO Box 150743
Lufkin, TX 75915-0743

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

United States Attorney
Eastern District of Texas
550 Fannin, Suite 1250
Beaumont, Texas  77701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Stephen J. Zayler
123 E. Lufkin Avenue
PO Box 150743
Lufkin, TX 75915-0743

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19