UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| USA MILLENNIUM, LP | § | CASE NO. 24-10266 |
| 2645 | § | |
| 3675 Roberts | § | |
| Beaumont, TX 77701 | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

## **ORDER GRANTING ANSON DISTRIBUTING, LLC'S MOTION TO DISMISS**

On September 19, 2024, a Motion to Dismiss (the "Motion") was filed by Anson Distributing, LLC (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language, pursuant to LBR 1017(b), which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed.

The Court finds that the Motion is meritorious; any objection or other written response to the Motion is overruled. Therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss filed on October 7, 2024, is GRANTED and these bankruptcy proceedings are dismissed in their entirety.