| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-1<br>Case 24-10266<br>Eastern District of Texas<br>Beaumont<br>Mon Oct  7 15:44:41 CDT 2024 | Jeannie Lee Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO BOX 3064<br>Houston, TX 77253-3064 | Anson Distributing, LLC<br>c/o Christopher 'Kit' Ashby<br>808 Travis Street, Ste. 401<br>Houston, TX 77002-5796 |
| Attorney General<br>Taxation Division - Bankruptcy<br>Box 12548 - Capitol Station<br>Austin, TX 78711-2548 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jefferson County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie L. Andresen<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Jefferson County<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Jefferson County TAC<br>P. O. Box 2112<br>Beaumont, TX 77704-2112 | M.T. Javed Ventures, LLC<br>2710 S. 11th Street<br>Beaumont, TX 77701-7601 |
| Frank J. Maida<br>Maida Law Firm, PC<br>4320 Calder Avenue<br>Beaumont, TX 77706-4631 | Sandra D. Sorrell<br>5036 Champions Drive<br>Lufkin, TX 75901-7346 | State Comptroller of Texas<br>c/o Office of the Attorney General<br>P. O. Box 12548<br>Austin, TX  78711-2548 |
| Texas Workforce Commission<br>TWC Building - Tax Dept.<br>Austin, TX 78778-0001 | U. S. Trustee's Office<br>300 Plaza Tower<br>110 N. College Avenue<br>Tyler, Texas 75702-7226<br>Attn: Timothy W. O'Neal | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | USA Millennium, LP<br>3675 Roberts<br>Beaumont, TX 77701-7608 | (p)UNITED STATES ATTORNEY'S OFFICE<br>Attn: Michael W. Lockhart<br>500 Fannin St, Suite 1250<br>Beaumont, TX 77701-3101 |
| Stephen J. Zayler<br>123 E. Lufkin Avenue<br>PO Box 150743<br>Lufkin, TX 75915-0743 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


United States Attorney
Eastern District of Texas
550 Fannin, Suite 1250
Beaumont, Texas  77701


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Stephen J. Zayler
123 E. Lufkin Avenue
PO Box 150743
Lufkin, TX 75915-0743

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19